Unsealed 8/24/06

SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

CALVIN R. HAYES, aka Buck, aka Rich Buck,

Defendant.

'06 MAY -9 P5:08

Case No. **06 CR107**

T.21 U.S.C. §§ 841(a)(1),
(b)(1)(A) & (B) and
T.18 U.S.C. § 2

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

1. On or about October 3, 2005, in the City of Milwaukee, in the State and Eastern District of Wisconsin,

**CALVIN R. HAYES, aka Buck, aka Rich Buck,**

knowingly and intentionally distributed a controlled substance.

2. The offense involved 5 grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

1. On or about October 3, 2005, in the City of Milwaukee, in the State and Eastern District of Wisconsin,

### CALVIN R. HAYES, aka Buck, aka Rich Buck,

knowingly and intentionally distributed a controlled substance.

2. The offense involved 5 grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

1. On or about November 5, 2005, in the City of Milwaukee, in the State and Eastern District of Wisconsin,

**CALVIN R. HAYES, aka Buck, aka Rich Buck,**

knowingly and intentionally distributed a controlled substance.

2. The offense involved 5 grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

1. On or about December 15, 2005, in the City of Milwaukee, in the State and Eastern District of Wisconsin,

**CALVIN R. HAYES, aka Buck, aka Rich Buck,**

knowingly and intentionally distributed a controlled substance.

2. The offense involved 50 grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____5/9/06_____
Date

_Steven M. Biskupic_
Steven M. Biskupic
United States Attorney