Name: Calvin R. Hayes
Reg No. 08466-089
Federal Correction Institution
P.O. Box 6000
Florence, CO 81226-9000

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

'09 JUL 24 A11 :26

JON W. SANFILIPPO, CLERK
MAIL-REC'D

UNITED STATES DISTRICT COURT
DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA )
)
        Plaintiff )
)
    v. )
)
Calvin R. Hayes )
)
        Defendant )
)

Case Number: 06-CR-107

Motion petition the court for updated copy of
docket sheet, judgment commitment, and
statement of reasons

Calvin R. Hayes petitions the court for updated copy of docket sheet, judgment commitment, and statement of reasons. Calvin R. Hayes is currently incarcerated in a Federal Correctional Institution at Florence, Co.

Respectfully submitted,

_____

Certification of Service

The under signed hereby certifies that a true and correct copy of the above Motion was mailed on this 15th day of July in the year 2009, via United State Postal Service, first class postage prepaid, addressed to:

Eastern District of Wisconsin
Clerk of Courts
517 E. Wisconsin Ave
Milwaukee, Wis 53202

_____
Defendant, Pro Se