# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

310 U.S. COURTHOUSE
517 E. WISCONSIN AVENUE
MILWAUKEE, WISCONSIN 53202

Chambers of
Rudolph T. Randa
Chief Judge

TEL: 414-297-3071
FAX: 414-297-3069

June 24, 2009

Mr. Calvin R. Hayes
#08466-089
FCI Florence
Federal Correctional Institution
P.O. Box 6000
Florence, Colorado 81226

> Re: US v. Calvin R. Hayes
> Case No. 06-Cr-107

Dear Mr. Hayes:

This letter is in response to your request for copies of your docket sheet and your judgment in a criminal case including the statement of reasons. Enclosed is the docket sheet and your judgment in a criminal case dated November 2, 2007 without the statement of reasons. The statement of reasons are not part of the public record. Please contact your former attorney Rodney L. Cubbie for this.

Sincerely,

*s/ Linda M. Zik*
Linda M. Zik
Courtroom Deputy Clerk to the
Hon. Rudolph T. Randa
Chief Judge

cc: Attorney Rodney L. Cubbie