PROB 12C
(Rev 08/11)

# UNITED STATES DISTRICT COURT
for
### Eastern District of Wisconsin



U.S. DIST. COURT EAST DIST. WISC
FILED

AUG – 4 2011

AT _____ O'CLOCK _____ M
JON W. SANFILIPPO

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Calvin Ramon Hayes                 Case Number: 0757 2:06CR00107 - 1

Name of Judicial Officer: U.S. District Judge Rudolph T. Randa

Date of Original Sentencing: 11/02/2007

Original Offense: Narcotics - Sell - Distribute - or Dispense, Cocaine

Original Sentence: 48 months imprisonment; 60 months supervised release; $100.00 special assessment; $2,500.00 restitution

Type of Supervision: Supervised Release           Date Supervision Commenced: 09/20/2010

Assistant U.S. Attorney: Elizabeth Blackwood        Defense Attorney: Rodney Cubbie

## PETITIONING THE COURT

☒ To issue a warrant      ☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | On 8/3/11, the Probation Office was contacted by law enforcement (HIDTA) and advised Mr. Hayes was arrested during a search of a residence. Mr. Hayes was found in the residence, attempting to flush 63 grams of cocaine down the toilet. Mr. Hayes provided a Mirandized statement admitting this behavior. The police reports have not yet been finalized, thus, this information is based on the oral communication with Agent Dean Newport. |
| 2. | On 7/22/11, a search warrant was conducted at Mr. Hayes' residence and approximately $5,500.00 was confiscated. This residence is not the residence Mr. Hayes reported to the Probation Office. Mr. Hayes admits he has been lying about where he has actually been residing. |
| 3. | On 8/2/11, Mr. Hayes admitted to his probation officer that he has been lying on his Monthly Supervision Report form about his monthly income. Mr. Hayes states the money that was confiscated in the search on 7/22/11 was earned through illegal gambling (shooting dice and dog fights). |

**U.S. Probation Officer Recommendation:**

Given the nature of Mr. Hayes' behavior, it is respectfully recommended a warrant be issued for Mr. Hayes' return to Court to show cause why his term of supervised release should not be revoked.

Assistant U.S. Attorney Elizabeth Blackwood has been contacted and concurs with this recommendation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ August 4, 2011 _____

_____
Jessica L. Hoene
U.S. Probation Officer

JLH/jls

---

THE COURT ORDERS:

☐ No action

☑ The issuance of a Warrant

☐ The issuance of a Summons

☐ Other

_____
Rudolph T. Randa
U.S. District Judge

_____8/4/11_____
Date