# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **Patricia J. Gorence**, presiding.                Deputy Clerk: Kathy Fink

DATE: **August 5, 2011 at**                Court Reporter:

CASE NO. **06-CR-107**                Time Called: 2:59:40

UNITED STATES v. **CALVIN R. HAYES**                Time Concluded:3:05:11

PROCEEDING: **Int. App. on an alleged violation of supervised release**

UNITED STATES by: **Bridget Domaszek for Elizabeth M. Blackwood**

    Probation Officer: **Rex Morgan**

    Interpreter:

DEFENDANT: **Calvin R. Hayes**, in person, and by

ATTORNEY:  **Rodney Cubbie**

Government advises of alleged violations.  Possession of cocaine during a search of a residence.  Deft. was also found w/$5,500.00 cash at the residence and admitted to his PO that it was earned through illegal gambling.  Deft. also has not been residing where he should be.

Court notes Judge Randa has set a supervised release revocation for August 30, 2011 at 10:30 a.m

Govt. requests detention of defendant at this time based on the nature of the charges.

Defense seeks cash bail.  Defendant knew of the warrant and he immediately reported to probation. Defendant has faithfully reported to probation .

Court notes under the circumstances deft. was not truthful to Probation about his residence and income. Court finds that the defendant needs to be detained.

Court sets: Preliminary Hearing for August 12, 2011 at 10:45 a.m.