

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

US DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2011 AUG -9 A II: 8

JON A. SANFILIPPO
CLERK

Eastern District of Wisconsin

United States of America
v.

CALVIN RAMON HAYES
*Defendant*

)
)
)
)
)
)

Case No.     06-CR-107

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*          Calvin Hayes                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐  Indictment          ☐  Superseding Indictment          ☐  Information          ☐  Superseding Information          ☐  Complaint

☐  Probation Violation Petition          ☒  Supervised Release Violation Petition          ☐  Violation Notice  ☐  Order of the Court

This offense is briefly described as follows: Violation of the conditions of supervised release imposed by the U.S. District Court for the Eastern District of Wisconsin.   18:3583

Date:          August  4, 2011

_____
*Signed name and Title*

City and state:     Milwaukee, Wisconsin

JON W. SANFILIPPO, Clerk, U.S. District Court
By: B.D. Ferrill, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*    8/4/11    , and the person was arrested on *(date)*    8/5/11 |
| at *(city and state)*   Milwaukee, WI   . |

Date:    8/5/11

_____
*Arresting officer's signature*

Brian Nodes          DUSM
*Printed name and title*