# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **Patricia J. Gorence**, presiding.

DATE: **August 12, 2011 at 10:45 a.m.**

CASE NO. **06-cr-107**

UNITED STATES v. **CALVIN R. HAYES**

PROCEEDING: **Preliminary Hearing**

Deputy Clerk: Kathy Fink

Court Reporter:

Time Called: 10:41:15

Time Concluded:10:46:20

UNITED STATES by:**Brian Resler for Bridget Domaszek/Elizabeth M. Blackwood**

Interpreter:

Probation Officer: **Kate Schlieve**

DEFENDANT: **Calvin R. Hayes**, in person, and by

ATTORNEY: **Rodney L. Cubbie**

Court notes signed wavier by defendant Hayes and Atty. Cubbie.