PS 8
(Rev. 05/10)

# UNITED STATES DISTRICT COURT

for

Eastern District of Wisconsin

|   |   |
|---|---|
| U.S.A. vs.  Calvin Ramon Hayes | DOCKET NUMBER:<br>0757 2:06CR00107 - 1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW   Jessica L. Hoene               , pretrial services/probation officer, presenting

an official report upon the conduct of defendant   Calvin Ramon Hayes            , who was

placed under pretrial release supervision by the Honorable  Rudolph T. Randa      , sitting in

the court at  Milwaukee, WI   on the  15th  date of  August     ,  2011

under the following conditions:

The defendant comply with the conditions of supervised release as previously ordered.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Allegations Mr. Hayes was involved in a physical altercation.

PRAYING THAT THE COURT WILL ORDER:

Notice to Appear be issued for the Mr. Hayes' return to Court to show cause why his bond should not be revoked.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 26 day of | |
| , 2012 and ordered filed and made a part of the records in the above case. | Executed on  January 25, 2012 |
| | |
| Rudolph T. Randa<br>U.S. District Judge | Jessica L. Hoene<br>U.S. Pretrial Services/Probation Officer |
| | Place: Milwaukee, WI |