# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

# COURT MINUTES

HON. **Rudolph T. Randa**, presiding.

DATE:  **February 2, 2012 at 2:30 pm.**

CASE NO.  **06-Cr-107**

UNITED STATES v.  **Calvin R. Hayes**

Deputy Clerk:  Linda Zik

Court Reporter:  John Schindhelm

Time Called:  2:40 pm.

Time Concluded:  2:44 pm.

PROCEEDING:  **Bond Revocation Hearing**

UNITED STATES by:  **Bridget J. Domaszek**

US PROBATION by:  **Jessica L. Hoene**

DEFENDANT:  **Calvin R. Hayes, in person, and by**

ATTORNEY:  **Rodney L. Cubbie**

---

Defense notes a supervised release revocation hearing is set in this case for 3/6/2012 which will not be contested. There will be a stipulation to the sentence.  This is a joint request to hold the bond revocation hearing over until Monday.

**Bond Revocation Hearing continued to 2/6/2012 at 1:30 pm.**